IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAKE FOREST PARTNERS, L.P., and MARY ANASTASIA LAPIC, for themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>SPRINT COMMUNICATIONS COMPANY L.P., QWEST COMMUNICATIONS COMPANY, LLC, LEVEL 3 COMMUNICATIONS, LLC, and WILTEL COMMUNICATIONS, LLC,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:12-cv-00999-AJS<br>)<br>) **JURY DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Motion for Admission *Pro Hac Vice* of Eric E. Caugh**

Mark F. Fischer, hereby moves this Court pursuant to LCvR 83.2(B) for admission of Eric E. Caugh to appear as an additional attorney of record for and on behalf of Plaintiffs Lake Forest Partners, L.P. and Mary Anastasia Lapic, *pro hac vice*, and shows as follows:

  1. Eric E. Caugh ("Caugh") is a member of the law firm of Zelle Hofmann Voelbel & Mason LLP, 500 Washington Avenue South, Suite 4000, Minneapolis, Minnesota 55415, e-mail: ecaugh@zelle.com.

  2. Caugh is duly admitted to practice in the State of Minnesota (License No. 026703X) and is in good standing.

  3. Caugh is also admitted to practice in the federal bars of the District of Minnesota, Eastern District of Michigan, the U.S. Court of Appeals for the Third Circuit, and the United States Supreme Court, and is not currently nor has he been suspended or disbarred in any other court.

4. Pursuant to LCvR 83.2(B) and this Court's Misc. Order 06-151, Caugh is a registered user of ECF in the United States District Court for the Western District of Pennsylvania and he has read, knows and understands the Local Rules of Court for the Western District of Pennsylvania.

5. A copy of an affidavit by Caugh in support of this motion is attached hereto as <u>Exhibit A</u>.

WHEREFORE, Mark F. Fischer, respectfully requests the Court enter an order pursuant to LCvR 83.2 admitting Eric E. Caugh *pro hac vice* as co-counsel for Plaintiffs Lake Forest Partners, L.P. and Mary Anastasia Lapic and for any and all further relief to which they may be entitled.

Dated:  September 19, 2012

        Respectfully submitted,

        <u>s/Mark F. Fischer, Esq.</u>
        Mark F. Fischer (PA 69425)

        <u>s/Thomas S. Anderson, Esq.</u>
        Thomas S. Anderson (PA 91016)

        **YUKEVICH, MARCHETTI, LIEKAR & ZANGRILLI, P.C.**
        11 Stanwix Street, Suite 1024
        Pittsburgh, PA  15222-1324
        Telephone: (412) 261-6777
        Facsimile: (412) 261-6789

        ATTORNEYS FOR NAMED PLAINTIFFS
        AND ALL OTHERS SIMILARLY SITUATED

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

/s/ Thomas S. Anderson, Esq.
Thomas S. Anderson, Esq.
Attorney for Named Plaintiffs
and all others similarly situated
