IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAKE FOREST PARTNERS, L.P., and MARY ANASTASIA LAPIC, for themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>SPRINT COMMUNICATIONS COMPANY L.P., QWEST COMMUNICATIONS COMPANY, LLC, LEVEL 3 COMMUNICATIONS, LLC, and WILTEL COMMUNICATIONS, LLC,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 2:12-cv-00999-AJS<br><br>**JURY DEMAND** |

**Motion for Admission *Pro Hac Vice* of Christopher J. Koenigs**

Jack B. Cobetto, hereby moves this Court pursuant to LCvR 83.2(B) for admission of Christopher J. Koenigs to appear as an additional attorney of record for and on behalf of Defendant Qwest Communications Company, LLC, *pro hac vice*, and states as follows:

1.　　Christopher J. Koenigs ("Mr. Koenigs") is a member of the law firm of Sherman & Howard L.L.C., 633 Seventeenth Street, Suite 3000, Denver Colorado 80202, e-mail: ckoenigsl@shermanhoward.com.

2.　　Mr. Koenigs is duly admitted to practice in the State of Colorado (License No. 12364) and is in good standing.

3.　　Mr. Koenigs is also admitted to practice in the federal bars of the United States District Court for the District of Colorado, the Tenth Circuit Court of Appeals, and the United States Supreme Court, and is not currently nor has he been suspended or disbarred in any other court.

4.　　Pursuant to LCvR 83.2(B) and this Court's Misc. Order 06-151, Mr. Koenigs is a registered user of ECF in the United States District Court for the Western District of

Pennsylvania and he has read, knows and understands the Local Rules of Court for the Western District of Pennsylvania.

5. A copy of an affidavit by Mr. Koenigs in support of this motion is attached hereto as <u>Exhibit A</u>.

WHEREFORE, Jack B. Cobetto, respectfully requests the Court enter an order pursuant to LCvR 83.2 admitting Christopher J. Koenigs *pro hac vice* as co-counsel for and on behalf of Defendant Qwest Communications Company, LLC.

Dated: September 26, 2012

Respectfully submitted,

s/ *Jack B. Cobetto*                                        .
Jack B. Cobetto, Esq.
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-7282
Facsimile: (412) 288-3062
Email: jcobetto@reedsmith.com

ATTORNEYS FOR DEFENDANT
QWEST COMMUNICATIONS COMPANY, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on September 26, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                          s/ *Jack B. Cobetto*
                                          Jack B. Cobetto, Esq.

                                          Attorney for Defendant Qwest Communications Company, LLC