# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAKE FOREST PARTNERS, L.P., and MARY ANASTASIA LAPIC, for themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>SPRINT COMMUNICATIONS COMPANY L.P., QWEST COMMUNICATIONS COMPANY, LLC, LEVEL 3 COMMUNICATIONS, LLC, and WILTEL COMMUNICATIONS, LLC,<br><br>  Defendants. | Civil Action No. 2:12-cv-00999-AJS<br><br>**JURY DEMAND** |

**Motion for Admission *Pro Hac Vice* of J. Emmett Logan**

Jack B. Cobetto, hereby moves this Court pursuant to LCvR 83.2(B) for admission of Emmett Logan to appear as an additional attorney of record for and on behalf of Defendant Sprint Communications Company L.P., pro hac vice, and states as follows:

1. J. Emmett Logan ("Mr. Logan") is a partner of the law firm of Stinson, Morrison Hecker LLP, 1201 Walnut Street, Suite 2900, Kansas City, MO 64106-2150, e-mail: ELogan@stinson.com.

2. Mr. Logan is duly admitted to practice in the States of Missouri (License No. 30019) and Kansas (License No. 10699) and is in good standing in both.

3. Mr. Logan is also admitted to practice in the federal bars of the United States Supreme Court, the United States Courts of Appeal for the Fourth, Fifth, Seventh, Eighth, Ninth, and Tenth Circuits, and the District Courts for the Western District of Missouri and the District of Kansas, and is not currently nor has he been suspended or disbarred in any other court.

4. Pursuant to LCvR 83.2(B) and this Court's Misc. Order 06-151, Mr. Logan is a registered user of ECF in the United States District Court for the Western District of

Pennsylvania and he has read, knows and understands the Local Rules of Court for the Western District of Pennsylvania.

5. A copy of an affidavit by Mr. Logan in support of this motion is attached hereto as <u>Exhibit A</u>.

WHEREFORE, Jack B. Cobetto, respectfully requests the Court enter an order pursuant to LCvR 83.2 admitting J. Emmet Logan pro hac vice as co-counsel for and on behalf of Defendant Sprint Communications Company.

Dated: September 26, 2012

                                              Respectfully submitted,

                                              s/ *Jack B. Cobetto*

Jack B. Cobetto, Esq.
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-7282
Facsimile: (412) 288-3062
Email: jcobetto@reedsmith.com

ATTORNEYS FOR DEFENDANT
SPRINT COMMUNICATIONS COMPANY L.P.

- 3 -

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 26, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

/s/ Jack B. Cobetto, Esq..

Attorney for Defendant Sprint Communication Company L.P.

- 3 -

9121795.1