IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAKE FOREST PARTNERS, L.P., and MARY ANASTASIA LAPIC, for themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>   vs.<br><br>SPRINT COMMUNICATIONS COMPANY L.P., QWEST COMMUNICATIONS COMPANY, LLC, LEVEL 3 COMMUNICATIONS, LLC, and WILTEL COMMUNICATIONS, LLC,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:12-cv-00999-AJS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Motion for Admission *Pro Hac Vice* of Joseph E. Jones**

Jack B. Cobetto, hereby moves this Court pursuant to LCvR 83.2(B) for admission of Joseph E. Jones to appear as an additional attorney of record for and on behalf of Defendants Level 3 Communications, LLC, and Wiltel Communications, LLC, pro hac vice, and states as follows:

1. Joseph E. Jones ("Mr. Jones") is a partner of the law firm of Fraser Stryker PC, 500 Energy Plaza, 409 South 17th Street, Omaha, NE 68102, e-mail: jjones@fraserstryker.com.

2. Mr. Jones is duly admitted to practice in the State of Nebraska (License No. 15970) and is in good standing.

3. Mr. Jones is also admitted to practice in the federal bar of the State of Colorado and is not currently nor has he been suspended or disbarred in any other court.

4. Pursuant to LCvR 83.2(B) and this Court's Misc. Order 06-151, Mr. Jones is a registered user of ECF in the United States District Court for the Western District of Pennsylvania and he has read, knows and understands the Local Rules of Court for the Western District of Pennsylvania.

5. A copy of an affidavit by Mr. Jones in support of this motion is attached hereto as <u>Exhibit A</u>.

WHEREFORE, Jack B. Cobetto, respectfully requests the Court enter an order pursuant to LCvR 83.2 admitting Joseph E. Jones pro hac vice as co-counsel for and on behalf of Defendants Level 3 Communications, LLC, and Wiltel Communications, LLC.

Dated: September 26, 2012

    Respectfully submitted,

    s/ *Jack B. Cobetto*                         .

Jack B. Cobetto, Esq.
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-7282
Facsimile: (412) 288-3062
Email: jcobetto@reedsmith.com

ATTORNEYS FOR DEFENDANTS
LEVEL 3 COMMUNICATIONS, LLC and
WILTEL COMMUNICTIONS, LLC.

## CERTIFICATE OF SERVICE

      I hereby certify that on September 26, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all counsel of record.

                                    *s/Jack B. Cobetto*
                                    Jack B. Cobetto, Esq.

                                    Attorney for Defendants Level 3
                                    Communications, LLC and Wiltel
                                    Communications, LLC.