**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LAKE FOREST PARTNERS, L.P., and MARY ANASTASIA LAPIC, for themselves and all others similarly situated, ) ) ) ) | Civil Action No. 2:12-cv-00999-AJS |
| Plaintiff, ) | |
| vs. ) ) | *Electronically Filed* |
| SPRINT COMMUNICATIONS COMPANY L.P., QWEST COMMUNICATIONS COMPANY, LLC, LEVEL 3 COMMUNICATIONS, LLC, and WILTEL COMMUNICATIONS, LLC, ) ) ) ) ) ) | |
| Defendants. ) | |

**JOINT MOTION FOR CERTIFICATION OF SETTLEMENT CLASS,**
**PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT, AND**
**APPROVAL OF FORM AND MANNER OF NOTICE**

The Parties respectfully move the Court, under Federal Rules of Civil Procedure 23(b) and (e), to (1) certify the Settlement class, (2) preliminarily approve the class-action settlement agreement, (3) approve the form and manner of notice to the class, and (4) schedule a final fairness hearing, any time after June 8, 2013.

The grounds for the motion and a more detailed explanation of the coordinated noticed program are set forth in the accompanying Plaintiffs' Memorandum of Law in support.

Dated:  October 1, 2012          Respectfully submitted,

s/Eric E. Caugh
Eric E. Caugh (MN 026703X) (*pro hac vice*)
**ZELLE HOFMANN VOELBEL & MASON LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN  55415
Telephone: (612) 339-2020
Facsimile: (612) 336-9100
E-Mail: ecaugh@zelle.com

and

Mark F. Fischer (PA 69425)
Thomas S. Anderson (PA 91016)
**YUKEVICH, MARCHETTI, LIEKAR & ZANGRILLI, P.C.**
11 Stanwix Street, Suite 1024
Pittsburgh, PA  15222-1324
Telephone: (412) 261-6777
Facsimile: (412) 261-6789
E-Mail: mfischer@ymlz.com

**Attorneys for Plaintiffs Lake Forest Partners,
L.P. and Mary Anastasia Lapic**

s/Jack B. Cobetto

Jack B. Cobetto (PA 53444)
**REED SMITH LLP**
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone:  (412) 288-7282
E-Mail:  jcobetto@reedsmith.com

**Attorney for Defendants Sprint Communications
Company L.P., Qwest Communications
Company, LLC, Level 3 Communications, LLC
and WilTel Communications, LLC**

J. Emmett Logan (MO 30019) (*pro hac vice*)
**STINSON MORRISON HECKER LLP**
1201 Walnut
Kansas City, MO  64106
Telephone: (816) 691-2745
Facsimile: (816) 412-1250
E-Mail:  elogan@stinson.com
**Attorney for Defendant Sprint Communications
Company L.P.**

2

3

Christopher J. Koenigs (CO 12364) (*pro hac vice*)

Michael B. Carroll (CO 18736) (*pro hac vice*)

**SHERMAN & HOWARD L.L.C.**
633 Seventeenth Street
Denver, CO  80202
Telephone: (303) 299-8458
E-Mail:  ckoenigs@shermanhoward.com
E-Mail:  mcarroll@shermanhoward.com

**Attorneys for Defendant Qwest Communications Company, LLC**


Joseph E. Jones (NE 15970) (*pro hac vice*)
**FRASER STRYKER PC LLO**
409 South 17th Street
Omaha, NE  68102
Telephone: (402) 341-6000
Facsimile: (402) 341-8290
E-Mail:  jjones@fslf.com

**Attorney for Defendants Level 3 Communications, LLC and WilTel Communications, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 1, 2012, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which will send notification of such filing to all

counsel of record.

s/Eric E. Caugh
Eric E. Caugh

Attorney for Plaintiffs Lake Forest Partners, L.P.
and Mary Anastasia Lapic
