**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LAKE FOREST PARTNERS, L.P., and MARY ANASTASIA LAPIC, for themselves and all others similarly situated, | ) ) ) | Civil Action No. 2:12-cv-00999-AJS |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | *Electronically Filed* |
| | ) | |
| SPRINT COMMUNICATIONS COMPANY L.P., QWEST COMMUNICATIONS COMPANY, LLC, LEVEL 3 COMMUNICATIONS, LLC, and WILTEL COMMUNICATIONS, LLC, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

---

**JOINT MOTION FOR FINAL APPROVAL OF CLASS-ACTION SETTLEMENT AND
FOR AWARD OF ATTORNEYS' FEES AND EXPENSES TO SETTLEMENT CLASS
COUNSEL AND INCENTIVE AWARD TO CLASS REPRESENTATIVES**

---

Plaintiffs respectfully move the Court under Federal Rule of Civil Procedure 23(e) for final approval of this class-action Settlement, and under Rules 23(h) and 54(d)(2) for an award of attorneys' fees and expenses to Settlement Class Counsel and incentive compensation to the class representatives. The Settling Defendants join in the request for final approval and do not oppose the fee-award and incentive-compensation request. The grounds for the motion are set forth in the accompanying Plaintiffs' memorandum of law in support. The Court has scheduled a fairness hearing on June 17, 2013 at 9:00 a.m. at which it will consider the relief requested in the motion.

Dated this 16th day of May, 2013.

Respectfully submitted,

s/Eric E. Caugh
Eric E. Caugh (MN 026703X) (*pro hac vice*)

ZELLE HOFMANN VOELBEL & MASON LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN  55415
Telephone: (612) 339-2020
Facsimile: (612) 336-9100
E-Mail: ecaugh@zelle.com

and

Mark F. Fischer (PA 69425)
Thomas S. Anderson (PA 91016)
YUKEVICH, MARCHETTI, LIEKAR & ZANGRILLI, P.C.
11 Stanwix Street, Suite 1024
Pittsburgh, PA  15222-1324
Telephone: (412) 261-6777
Facsimile: (412) 261-6789
E-Mail: mfischer@ymlz.com
E-Mail: tanderson@ymlz.com

**Attorneys for Plaintiffs Lake Forest Partners,
L.P. and Mary Anastasia Lapic**

s/Jack B. Cobetto
Jack B. Cobetto (PA 53444)
REED SMITH LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone:  (412) 288-7282
E-Mail:  jcobetto@reedsmith.com

**Attorney for Defendants Sprint Communications
Company L.P., Qwest Communications
Company, LLC, Level 3 Communications, LLC
and WilTel Communications, LLC**

J. Emmett Logan (MO 30019) (*pro hac vice*)
STINSON MORRISON HECKER LLP
1201 Walnut
Kansas City, MO  64106
Telephone: (816) 691-2745
Facsimile: (816) 412-1250
E-Mail:  elogan@stinson.com

**Attorney for Defendant Sprint Communications
Company L.P.**

2

Christopher J. Koenigs (CO 12364) (*pro hac vice*)

Michael B. Carroll (CO 18736) (*pro hac vice*)

**SHERMAN & HOWARD L.L.C.**
633 Seventeenth Street
Denver, CO  80202
Telephone: (303) 299-8458
E-Mail:  ckoenigs@shermanhoward.com
E-Mail:  mcarroll@shermanhoward.com

**Attorneys for Defendant Qwest Communications Company, LLC**


Joseph E. Jones (NE 15970) (*pro hac vice*)

**FRASER STRYKER PC LLO**
409 South 17th Street
Omaha, NE  68102
Telephone: (402) 341-6000
Facsimile: (402) 341-8290
E-Mail:  jjones@fslf.com

**Attorney for Defendants Level 3 Communications, LLC and WilTel Communications, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/Eric E. Caugh
Eric E. Caugh

Attorney for Plaintiffs Lake Forest Partners, L.P. and Mary Anastasia Lapic