IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAKE FOREST PARTNERS, LP, MARY ANASTASIA LAPIC for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATIONS COMPANY, ET AL.<br><br>Defendants. | 12cv0999<br>**ELECTRONICALLY FILED** |

**HEARING MEMO:   Fairness Hearing**
Date hearing held: 06/17/13
Before Judge Arthur J. Schwab

| | |
|---|---|
| Counsel for Plaintiff | Thomas S. Anderson, Esq. and Eric E. Caugh, Esq. |
| Counsel for Defendant | James Emmett Logan, Esq., and Jack B. Cobetto, Esq. |
| Court Reporter | Deborah Rowe |
| Law Clerk/Deputy Clerk | LCB |
| Start time | 9:06AM |
| End time | 9:22AM |

**NOTED:**

Hearing held on pending Motions re. Class Action Settlement, Doc. Nos. 36 and 38.   Court discussed notice which complies with Constitutional Due Process and the Federal Rules of Civil Procedure.   After hearing from Counsel, the Court found that the Settlement was fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e).   Motion for Attorneys Fdees was reasonable under both the percentage of recovery and lodestar analysis.   Counsel was also heard on the Incentive Compensation for Class Representatives and Motion for Non-Compliant Exclusion Requests.   Therefore, the appropriate Orders approving the Final Settlement and granting the unopposed Motion for Attorneys Fees, Incentive Compensation for Class Representatives, and Motion re. Non-Compliant Exclusions will follow.