# EXHIBIT 2

## FIBER OPTIC CABLE FEE ALLOCATION ARBITRATION AWARD

This Arbitration is being conducted pursuant to the agreement of the Interested Parties/Counsel, as hereinafter defined, entered into in June, 2012. The undersigned James D. Wilson and Eric D. Green ("the Arbitrators"), were named as arbitrators to serve without fee. For the purposes of this arbitration, the Interested Parties/Counsel are "the 48 Firm Group," (four sub-groups of the 48 Firm Group led by Ackerson, Kauffman, Flex, PC; Cohen and Malad, LLP; Hare, Solberg, Stewart, Miller & Tjon, Ltd.; Hare, Wynn Newell & Newton); the "Susman Group" (Susman, Heffner and Hurst, LLP; Murray, Tillotson, Nelson & Wylie; Donaldson and Guin; Ludens Potter, Melton & Calvo) and "William T. Gotfryd, Esq." on one side and the "Litman Group" (Seth A. Litman; Alembik, Fine & Callner) on the other.

The arbitrators have reviewed the submissions of the Interested Parties/Counsel in this and the related arbitrations and mediations. Based upon these submissions and the arbitrators collective experience in the related underlying case for now over a 9 ½ year period, we award one and two-tenths percent (1.2%) of the total fees and expenses awarded by the courts in the 46 states and the District of Columbia cases to the Litman Group with the remaining amounts to be divided in accord with the allocation previously agreed to by the 48 Firm Group, the Susman Group and William T. Gotfryd, Esq.

This Award is final and binding on the Interested Parties/Counsel and is enforceable in any court of competent jurisdiction pursuant to the agreement of the Interested Parties/Counsel.

SO ORDERED:                                          JULY 19, 2012

_____                              _____
Eric D. Green                                        James D. Wilson

1216841_1