UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAKE FOREST PARTNERS, L.P., and MARY ANASTASIA LAPIC, for themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATIONS COMPANY L.P., *et al.*,<br><br>    Defendants. | Civil Action No.<br>2:12-CV-00999-AJS<br><br>Judge Arthur J. Schwab |

### MOTION FOR ADMISSION
### PRO HAC VICE OF ARTHUR T. SUSMAN

Arthur T. Susman, one of the attorneys in the above-captioned case, hereby moves that Arthur T. Susman be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice in the above-captioned mater pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attached the Affidavit for Admission Pro Hac Vice of Arthur T. Susman filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: December 26, 2013

*/s/ Arthur T. Susman*

Arthur T. Susman
Susman Heffner & Hurst LLP
30 North LaSalle Street
Suite 1210
Chicago, Illinois 60602
(312) 346-3466
Illinois Reg. No.: 2778602

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAKE FOREST PARTNERS, L.P., and MARY ANASTASIA LAPIC, for themselves and all others similarly situated | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 2:12-CV-00999-AJS |
| v. | ) ) | Judge Arthur J. Schwab |
| SPRINT COMMUNICATIONS COMPANY L.P., *et al.* | ) ) ) | |
| Defendants. | ) ) | |

**AFFIDAVIT OF ARTHUR T. SUSMAN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Arthur T. Susman, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Arthur T. Susman, being duly sworn, do hereby depose and say as follows:

1. I am *Of Counsel* at the law firm Susman Heffner & Hurst LLP.
2. My business address is 30 North LaSalle Street, Suite 1210, Chicago, Illinois 60602.
3. I am a member in good standing of the bar of Illinois.
4. My bar identification number is 2778602.
5. A current certificated of good standing from the Certificate of Admission to the Bar of Illinois is attached to this Affidavit as Exhibit A.
6. Non-applicable.
7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.
8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.
9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: December 26, 2013         /s/ Arthur T. Susman
                                 Arthur T. Susman

## **CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that he caused true copies of the foregoing **MOTION FOR ADMISSION PRO HAC VICE** to be served upon all counsel of record via CM/ECF electronic case filing this the 26th day of December, 2013.

                                        */s/Arthur T. Susman*

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Arthur Theodore Susman

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on April 29, 1958 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, November 06, 2012.

*Carolyn Taft Grosboll*
Clerk