UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAKE FOREST PARTNERS, L.P., and MARY ANASTASIA LAPIC, for themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT COMMUNICATIONS COMPANY L.P., *et al.*<br><br>Defendants. | Civil Action No.<br>2:12-CV-00999-AJS<br><br>Judge Arthur J. Schwab |

## ORDER AUTHORIZING DISBURSEMENT
## OF THE SUSMAN GROUP'S ESCROW FUNDS

Upon consideration of Motion of Susman Group Pursuant to Order of Court Dated August 12, 2013, it is hereby:

ORDERED that the Garretson Firm Resolution Group, Inc. shall disburse 4.446 percent of the Pennsylvania fee-and-expense award from the Pennsylvania Fiber Optic Counsel Qualified Settlement Fund to the Susman Group.

Dated: 12-31-13

_____
Honorable Arthur J. Schwab
United States District Judge